No. A–731 (79–1190). LaSalle National Bank, Trustee, et al. v. Peoples Gas Light & Coke Co. App. Ct. Ill., 1st Dist. Application for stay, addressed to Mr. Justice Brennan and referred to the Court, denied.

No. A–760 (79–1384). Exxon Corp. v. United States; No. A–756 (79–1394). Shell Oil Co. v. United States; and

No. A–761 (79–1395). Marathon Oil Co. v. United States. Applications for stay of order of the United States District Court for the District of Columbia, entered December 17, 1979, as affirmed and modified by the United States Court of Appeals for the District of Columbia Circuit on February 25, 1980, denied.

No. 79–5364. Brown v. Louisiana. Sup. Ct. La. [Certiorari granted, 444 U. S. 990.] Motion of Louise Korns to permit Thomas Chester, Esquire, to present oral argument *pro hac vice* granted.

No. 79–1033. Webb's Fabulous Pharmacies, Inc., et al. v. Beckwith, Clerk of the Circuit Court of Seminole County, et al. Appeal from Sup. Ct. Fla. Probable jurisdiction noted.

No. 78–1945. Universities Research Assn., Inc. v. Coutu. C. A. 7th Cir. Certiorari granted.

No. 79–886. Upjohn Co. et al. v. United States et al. C. A. 6th Cir. Certiorari granted.

No. 79–1157. Rosewell, Treasurer of Cook County, Illinois, et al. v. LaSalle National Bank, Trustee. C. A. 7th Cir. Certiorari granted.